UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                        ORDER
v.                                  12-CR-156A

ANTONIO ALMONTE,

                        Defendant.

---

       The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On September 21, 2012, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion to suppress his statements be denied.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder 's Report and Recommendation, defendant's motion to suppress his statements is denied.

       Defendants Luis Vazquez and Antonio Almonte and their counsel shall appear on October 12, 2012 at 12:30 p.m. for a meeting to set a trial date.

       SO ORDERED.

                                        *s/ Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        UNITED STATES DISTRICT JUDGE

DATED: October 11, 2012